PITTA & GIBLIN LLP
120 Broadway, 28th Floor
New York, New York 10271
212.652.3890
Barry N. Saltzman
Joseph Farelli

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
                                            :
In the matter of the Petition to Stay the Arbitration :
demanded of THE NEW YORK RACING :
ASSOCIATION, INC.,                          :   Case No. 12-CV-000832 (BMC)
                                            :
                    Petitioner,             :   **NOTICE OF MOTION OF THE**
                                            :   **NEW YORK HOTEL AND**
    -against-                               :   **MOTION TRADES COUNCIL,**
                                            :   **AFL-CIO (UNION) FOR**
THE NEW YORK HOTEL & MOTEL TRADES :   **JUDGMENT ON THE**
COUNCIL, AFL-CIO A/A/F LOCAL 32BJ, :   **PLEADINGS PURSUANT TO**
SERVICE EMPLOYEES INTERNATIONAL :   **Fed. R. Civ. P. 12(c)**
UNION,                                      :
                                            :
                    Respondent.             :   **Oral Argument Requested**
                                            :   **(Served 3/13/12)**
------------------------------X

PLEASE TAKE NOTICE that, upon the pleadings with attached exhibits, the accompanying memorandum of law dated March 13, 2012, and all prior proceedings had heretofore herein, Respondent, THE NEW YORK HOTEL AND MOTEL TRADES COUNCIL, AFL-CIO ("Union") will move before the Honorable Brian M. Cogan, U.S.D.J., at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 on Thursday, March 29, 2012 for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), dismissing Petitioner's Petition against the Union in its entirety and with prejudice, and granting the Union's motion for a judgment ordering the parties to arbitration, together with such further relief as the Court may deem just and proper. Pursuant to the Court's Scheduling

{00534323.DOC / }

Order filed February 27, 2012, opposition papers are due on March 27, 2012. Oral argument, if any is ordered by the Court, will be on a date and time to be designated by the Court.

Dated: New York New York
March 13, 2012

                                  Respectfully submitted,

                                  PITTA & GIBLIN, LLP
*Attorneys for Defendant*
*New York Hotel and Motel Trades Council,*
*AFL-CIO*

By: _____
Barry N. Saltzman
120 Broadway, 28th Floor
New York, NY 10271
(212) 652-3890

TO: Thomas V. Walsh, Esq.
Jackson Lewis LLP
One North Broadway, 15th Floor
White Plains, NY 10601
914.328.0404
(walsht@jacksonlewis.com)
*Attorneys for Petitioner – The New York Racing Association, Inc.*

{00534323.DOC / }